# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CAIN & BULTMAN, INC., a Florida
corporation,

    Plaintiff,

v.

                              Case No. 3:22-cv-00593-BDJ-JBT

EVOLUTIONS FLOORING, INC.,
a California corporation; WILLIAM M.
BIRD AND COMPANY, INC., a South
Carolina corporation; and THOMAS
HOOKER, an individual,

    Defendants.
_____/

## JOINT MOTION TO APPROVE CONFIDENTIALITY AGREEMENT AND FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

    Plaintiff, Cain & Bultman, Inc. and Defendants, Evolutions Flooring, Inc., William M. Bird and Company, Inc., and Thomas Hooker (each, a "Party," and collectively, the "Parties"), by and through their undersigned counsel and pursuant to Federal Rules of Civil Procedure 26 and 29, jointly request entry of the attached Confidentiality Agreement and Stipulation for Entry of Protective Order for the reasons stated therein, and further state:

    1.    Federal Rule of Civil Procedure 26 provides that upon motion by a party or by the person from whom discovery is sought, and for good cause shown, the Court in which the action is pending may make any Order to protect a party or

person from annoyance, embarrassment, oppression, or undue burden or expense at justice requires, or for the protection of confidential information.

2. Given the nature of the claims advanced in this case, the documents to be produced in this case may contain confidential and proprietary information regarding the business practices, sales, and customers of the parties along with other sensitive matters.

3. To facilitate the orderly and expedient production of information and documents in discovery and to protect the confidentiality of the documents produced, the Parties have agreed to the terms of the Stipulated Confidentiality Agreement and Stipulation for Entry of Protective Order in the form attached hereto as Exhibit "A." ("Stipulated Protective Order"). The Parties believe the Stipulated Protective Order is in the best interest of the Parties and will not burden the Court, but rather prevent unnecessary court intervention and encourage the free flow of information during discovery.

WHEREFORE, the Parties respectfully request that the Court approve and enter the Stipulated Protective Order to govern the exchange of discovery material in this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven E. Brust* | */s/    Jorge D. Guttman* |
| Steven E. Brust (FBN 0832091) | Jorge D. Guttman (FBN 15319) |
| James H. Cummings (FBN 27657) | Megan K. Moon (FBN 106426) |
| Jessica J. Williams (FBN 1026127) | Lauren V. Purdy (FBN 93943) |
| **SMITH, GAMBRELL & RUSSELL, LLP** | **GUNSTER, YOAKLEY & STEWART, P.A.** |
| 50 N. Laura Street, Suite 2600 | 1 Independent Drive, Suite 2300 |
| Jacksonville, Florida 32202 | Jacksonville, FL 32202 |
| Tel: (904) 598-6100 | Tel: (904) 354-1980 |
| Fax: (904) 598-6300 | Fax: (904) 354-2170 |
| sebrust@sgrlaw.com | jguttman@gunster.com |
| jcummings@sgrlaw.com | mmoon@gunster.com |
| jwilliams@sgrlaw.com | lpurdy@gunster.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |