UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAIN & BULTMAN, INC., etc.,

    Plaintiff,

v.                                                                                    CASE NO. 3:22-cv-593-BJD-JBT

EVOLUTIONS FLOORING, INC.,
etc., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Confidentiality Agreement and for Entry of a Stipulated Protective Order ("Motion") (Doc. 13) and the [Proposed] Stipulated Protective Order (Doc. 13-1).

Upon review, it is **ORDERED**:

1. The Motion (**Doc. 13**) is **GRANTED.**

2. The [Proposed] Stipulated Protective Order (**Doc. 13-1**) is adopted as an order of the Court, which will be docketed separately, and may be further modified by order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida, on July 7, 2022.

JOEL B. TOOMEY
United States Magistrate Judge

2

Copies to:

Counsel of Record